UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| SPIRIT COMMERCIAL AUTO RISK RETENTION GROUP, INC., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 4:15CV01091 ERW |
| MIKE KAILEY, et al., | ) ) ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

This matter comes before the Court on Plaintiffs' Motion to Compel Defendant Mike Kailey's Responses to Plaintiff's First Requests for Production of Documents and First Interrogatories [ECF No. 54] and Plaintiff's Proposed Default Judgment against Defendant Vikram Shah [ECF No. 52]. The Court held a hearing on these matters on November 10, 2016.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiffs' Motion to Compel Defendant Mike Kailey's Responses to Plaintiff's First Requests for Production of Documents and First Interrogatories [ECF No. 54] is **GRANTED**. Defendant Mike Kailey shall submit answers to Plaintiff's requested discovery no later than December 10, 2016, and shall appear for a deposition no later than December 20, 2016. If Defendant Mike Kailey fails to comply with this order, the Court will strike his pleadings.

**IT IS FURTHER ORDERED** that Plaintiff's Proposed Default Judgment against Defendant Vikram Shah [ECF No. 54] is **held in abeyance**. On September 8, 2016, the Court found Vikram Shah to be in default. If the remaining parties in this matter are unable to submit a

1

joint proposed default judgment against Vikram Shah, the Court will hold the default judgment in abeyance until the remaining matters in this case are resolved.

Dated this 15th Day of November, 2016.

_E. Richard Webber_ (signature)

E. RICHARD WEBBER
SENIOR UNITED STATES DISTRICT JUDGE